UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MOHD BAYYARI,**

    Petitioner,

v.                                Case No.  8:06-cv-1679-T-30TGW

**USCIS DISTRICT DIRECTOR FOR
MIAMI, et al.,**

_____/

## **ORDER OF DISMISSAL**

Before the Court is the Motion to Withdraw and Notice of Settlement (Dkt. #16).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     Said Motion (Dkt. #16) is GRANTED.

2.     This cause is dismissed.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 18, 2007.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1679.dismissal 16.wpd